```
UNITED STATES DISTRICT COURT                                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                 DOCUMENT
------------------------------------------------------------X ELECTRONICALLY FILED
                                                              DOC #: _____
IRVING H. PICARD, Trustee for the                             DATE FILED: 2/19/2020
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

                                    Plaintiff,               1:20-cv-01377-GHW
              -v-                                                 ORDER

MURIEL EPSTEIN, as beneficiary of the Estate
of Seymour Epstein and/or Trusts created by
Last Will and Testament of Seymour Epstein, as
Executor of the Estate and/or Trustee of the
Trusts Created, HERBERT C. KANTOR, as
trustee of Trusts created by the Last Will and
Testament of Seymour Epstein, RANDY
EPSTEIN AUSTIN, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts Created
by the last Will and Testament of Seymour
Epstein, ROBERT EPSTEIN, as beneficiary of
the Estate of Seymour Epstein and/or Trusts
created by the Last Will and Testament of
Seymour Epstein, JANE EPSTEIN, as
beneficiary of the Estate of Seymour Epstein
and/or the Trusts created by the Last Will and
Testament of Seymour Epstein, SUSAN
EPSTEIN GROSS, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts created by
the Last Will and Testament of Seymour Epstein,
and SHELBURNE SHIRT COMPANY, INC.
                                    Defendants.
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On February 18, 2020, Defendants submitted a motion to withdraw the bankruptcy referee.

Dkt No. 1. Plaintiff is directed to file its opposition to the motion no later than March 12, 2020.

Defendants' reply, if any, is due one week following service of Plaintiff's opposition.

SO ORDERED.

Dated: February 19, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge