UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/8/2020

-------------------------------------------------------------- X

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

                                    Plaintiff,

                    -v-

MURIEL EPSTEIN, as beneficiary of the Estate
of Seymour Epstein and/or Trusts created by
Last Will and Testament of Seymour Epstein, as
Executor of the Estate and/or Trustee of the
Trusts Created, HERBERT C. KANTOR, as
trustee of Trusts created by the Last Will and
Testament of Seymour Epstein, RANDY
EPSTEIN AUSTIN, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts Created
by the last Will and Testament of Seymour
Epstein, ROBERT EPSTEIN, as beneficiary of
the Estate of Seymour Epstein and/or Trusts
created by the Last Will and Testament of
Seymour Epstein, JANE EPSTEIN, as
beneficiary of the Estate of Seymour Epstein
and/or the Trusts created by the Last Will and
Testament of Seymour Epstein, SUSAN
EPSTEIN GROSS, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts created by
the Last Will and Testament of Seymour Epstein,
and SHELBURNE SHIRT COMPANY, INC.
                                    Defendants.

-------------------------------------------------------------- X

                                    1:20-cv-01377-GHW

                                    ORDER

GREGORY H. WOODS, United States District Judge:

On February 18, 2020, Defendants submitted a motion to withdraw the bankruptcy

reference.  Dkt No. 1.  The Court understands that Plaintiff intends to move for summary judgment

on at least some claims in the underlying action.  The Court thus declines to withdraw the

bankruptcy reference and will instead refer the proposed motion for summary judgment for

proposed findings of fact and conclusions of law.

     SO ORDERED.

Dated: June 8, 2020

                                                  _____
                                                  GREGORY H. WOODS
                                       United States District Judge