```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

# MEMORANDUM ENDORSED

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

August 12, 2020

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    **Irving H. Picard v. Estate of Seymour Epstein et al**
              **Civil Action No. 20-cv-01377 (GHW)**

Dear Judge Woods:

    I write on behalf of the Defendants to inform the Court that, in view of the proceedings in the Bankruptcy Court, we have decided not to file a motion before Your Honor at this time.

                          Respectfully submitted,

                          */s/ Helen Davis Chaitman*

                          Helen Davis Chaitman

---

In light of Defendants' decision not to bring a motion to withdraw the bankruptcy reference, there is nothing more for this Court to do in this case. Accordingly, the Court dismisses the case without prejudice under Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: August 12, 2020

                          _____
                          GREGORY H. WOODS
                          United States District Judge